**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025

UNITED STATES OF AMERICA,

- against -

RACHEL ULLOA,

Defendant.

16-cr-520 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

  X   Violation of Supervised Release presentment

**SO ORDERED.**

Dated:  September 22, 2025
           New York, New York

Victor Marrero
U.S.D.J.

1