```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

   - against -

RACHEL ULLOA,

      Defendant.

**16 CR 520 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO**, United States District Judge.

  A conference is hereby scheduled in the above-captioned matter on October 3, 2025, at 3:00 p.m.

**SO ORDERED.**

Dated:  24 September 2025
     New York, New York

                _____
                Victor Marrero
                U.S.D.J.