```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       - against -

RACHEL ULLOA,

              Defendant.

**16 CR 520 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The Court hereby schedules a status conference in the above-captioned matter on December 12, 2025, at 11:00 AM.

**SO ORDERED.**

Dated:    3 October 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.

1