USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    4/3/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 2, 2026



Request **GRANTED.**
The status conference scheduled for April 10, 2026, is adjourned to June 26, 2026, at 11:30 AM. It is hereby ordered that time until June 26, 2026, shall be excluded from speedy trial calculations.

**SO ORDERED.**

4/3/2026

DATE                                    VICTOR MARRERO, U.S.D.J.

**BY ECF**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Rachel Ulloa*, 16 Cr. 520 (VM)

      The parties respectfully submit this joint letter regarding the status conference currently scheduled for April 10, 2026.  Following correspondence with Chambers, the parties have conferred and jointly request a 60-day adjournment.

      The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), from today through the date of the next conference. The exclusion of time will allow the parties to continue discussions and evaluate the possibility of a resolution.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

By:
                  Joe Zabel
                  Assistant United States Attorney
                  Southern District of New York
                  (212) 637-1559

Encl.
cc:    Defense Counsel (by ECF)